**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Barbara Moore

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MOORE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALLIED PROCESSING SOLUTIONS, LLC,<br><br>　　　　Defendant. | **Case No.:** 17-cv-1040 DMS (BGS)<br><br>**PLAINTIFF BARBARA MOORE'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**<br><br>**HON. DANA M. SABRAW** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff BARBARA MOORE ("Plaintiff") voluntarily dismisses the above-captioned action, without prejudice.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice.

Date: September 14, 2017            **KAZEROUNI LAW GROUP, APC**

                              By:   /s Matthew M. Loker
                                  MATTHEW M. LOKER, ESQ.
                                  ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case # 17-cv-1040 DMS (BGS)         1 of 1         *Moore v. Allied Processing Solutions, LLC*
**PLAINTIFF BARBARA MOORE'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**